IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
No. 13 - 1492

**CLEAR SKY CAR WASH LLC, et al.,**
**Plaintiffs / Appellants,**

v.

**CITY OF CHESAPEAKE, VIRGINIA, et al.,**
**Defendants / Appellees.**

_____

# UNITED STATES DEPARTMENT OF TRANSPORTATION'S MOTION FOR LEAVE TO FILE A SEPARATE BRIEF

Pursuant to Local Rules 28(a) and (d), defendant-appellee, the United States Department of Transportation, through its undersigned counsel, moves for leave to file a separate brief in the above-captioned appeal. The grounds for this motion are as follows:

1.  This litigation arises out of the implementation of a state road project (the "Dominion Boulevard Project") to widen Virginia State Route 17 (Dominion Boulevard) and replace a bridge (the "Steel Bridge") over the southern branch of the Elizabeth River in Chesapeake, Virginia. Complaint (ECF No. 1) (copy attached). Plaintiffs own property that is in the path of the proposed widening of Route 17. R. 1 at "Introduction." This property is currently the subject of a

1

condemnation proceeding instituted by the City of Chesapeake, and which is now pending in the Circuit Court for the City of Chesapeake.

2.  Count I of the Complaint alleges violations of the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970, as amended (URA), 42 U.S.C. § 4601 *et seq.* Complaint ¶¶ 187-193. Counts II and III set forth claimed violations of plaintiffs' constitutional right to due process and equal protection, respectively. *Id.* ¶¶ 194-198 (Count II); 199-204 (Count III). Count IV alleges statutory civil rights violations. *Id.* ¶¶ 205-215. Finally, Counts V and VI allege common law claims under Virginia law for breach of contract and equitable estoppel, respectively. *Id.* ¶¶ 216-222 (Count V); 223-229 (Count VI).

3.  The Complaint names multiple defendants: the City of Chesapeake and one of its employees (Gillespie); Greenhorne & O'Mara, Inc., an engineering consulting firm hired by the City to provide services on the Dominion Boulevard Project and several of its employees (Copeland, Evelyn Jones and Daniel Jones); the Virginia Department of Transportation ("VDOT") and the United States Department of Transportation ("USDOT"). *Id.* ¶¶ 15-27.

4.  The Complaint describes the Dominion Boulevard Project as a VDOT project managed by the City of Chesapeake. *Id.* ¶¶ 34-40. The Complaint further states that VDOT and the City "provid[ed] a material and significant portion of the

2

funds for the project." *Id.* ¶¶ 49-50. The Complaint describes defendant Gillespie as an employee of the City who worked on the Project. *Id.* ¶¶ 47, 98. Defendant Gillespie is also described as having hired defendants Greenhorne, and that Greenhorne and its employees (defendants Copeland, Evelyn Jones and Daniel Jones) also "work[ed] for the City on [the] Project." *Id.* ¶¶ 47, 95-98.

5.  The Complaint describes USDOT as a federal agency and states that the "federal government . . . is providing a material and significant portion of the funds for the project." *Id.* ¶¶ 27, 51-52. Although the Complaint alleges generally that USDOT, VDOT and the City are "partners and agents of each other with respect to the Project," *id.* ¶ 28, other than the allegation that the federal government provided some funding, the Complaint does not identify any specific action or conduct of any USDOT employee of which plaintiffs complain. On the contrary, the Complaint mostly details the interactions between plaintiffs and the City, the City's employees and its contractor, Greenhorne, with regard to the City's effort to acquire plaintiffs' property for purposes of the Dominion Boulevard Project. *Id.* ¶¶ 80-154.

6.  The Department of Justice alone is charged with representing the interests of the United States in appeals brought in the circuit courts of appeals. *See* 28 U.S.C. §§ 517-19. As such, the attorneys for the United States must have

3

exclusive control of the strategy followed in defending federal agency action against claims. The United States, therefore, should not be required to join the substantive positions advanced by private litigants in a single joint brief.

7. Plaintiffs complain of the taking of their property in conjunction with the Dominion Boulevard Project. Plaintiffs' claims are strongly centered on alleged violations of the URA. While there is likely general agreement among the defendants how the URA may apply in this situation, USDOT's role is different than the role of other named defendants. The Project is not a federal project, but a state project managed and implemented by the City. While federal funds have been contributed to the Project, USDOT is not the acquiring or displacing agency within the meaning of the URA's implementing regulations. *See* 49 C.F.R. § 24.2(a)(1). Moreover, plaintiffs' claims are not limited to URA claims, but include constitutional claims, statutory civil rights claims and state law claims. Depending on the precise arguments raised by plaintiffs on appeal, the defenses available to USDOT may not be fully aligned with those of the other defendants and vice versa. For example, USDOT may be entitled to assert the lack of a waiver of sovereign immunity to some of plaintiffs' claims, defenses not available to the non-federal defendants. This Court may affirm the district court's judgment on any grounds raised by a party, as long as such grounds are apparent from the record. *MM v.*

*School Dist. of Greenville County*, 303 F.3d 523, 536 (4th Cir. 2002).  USDOT, the sole federal defendant, should be entitled to present and argue all defenses that are uniquely available to it.

      8.     The undersigned has consulted with counsel for each of the other parties in this appeal via electronic-mail advising of USDOT's intent to seek leave to file a separate appeal brief and requesting the parties' position on the motion.  Counsel for each of the other defendants has indicated that they do not object to this request.  Counsel for plaintiffs stated as follows:  "I am inclined to consent but am a bit unclear on what you are seeking and the basis that you will state to the Fourth Circuit."

For the foregoing reasons, this Court should authorize the defendant United States Department of Transportation to file a separate appellee's brief in this appeal.

                          Respectfully submitted,

                          UNITED STATES DEPARTMENT OF
                          TRANSPORTATION
                          Federal Defendant / Appellee

                          NEIL H. MACBRIDE
                          United States Attorney


By:   /s/ Kent P. Porter
       Kent P. Porter, VSB 22853
       Assistant United States Attorney
       Attorney for Federal Defendant / Appellee
       8000 World Trade Center
       101 West Main Street
       Norfolk, Virginia 23510
       Phone: 757.441.6331
       Fax: 757.441.6689
       Email: Kent.Porter@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that, on the 14th day of May, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following filing user(s):

| | |
|---|---|
| Edward J. Grass, Esq.<br>Attorney for Plaintiffs / Appellants<br>9501 Burke Road #10784<br>Burke, VA 22015<br>TEL: 202.256.2471<br>FAX: 703.652.0799<br>EMAIL: egrass@me.com | T. Jeffrey Salb, Esq.<br>Breeden, Salb, Beasley & DuVall, PLC<br>Attorney for the City of Chesapeake and Carol Gillespie<br>555 East Main Street, Suite 1210<br>Norfolk, VA 23510-2234<br>TEL: 757.622.1111<br>FAX: 757.622.4049<br>EMAIL: jsalb@breeedenlaw.net |
| Rebecca L. Dannenberg, Esq.<br>Jessica L. James, Esq.<br>Gregory E. Kennedy, Esq.<br>FRANKLIN & PROKOPIK, PC<br>Attorneys for Greenhorne & O'Mara, Inc., Thomas Copeland, Evelyn Jones and Daniel Jones<br>2325 Dulles Corner Boulevard, Suite 1150<br>Herndon, VA 20171<br>TEL: 703.793.1800<br>FAX: 703.793.0298<br>EMAIL: rdannenberg@fandpnet.com<br>Jjames@fandpnet.com<br>gkennedy@fandpnet.com | Christopher D. Eib, Esq.<br>Office of the Attorney General<br>Attorney for the Virginia Department of Transportation<br>900 East Main Street<br>Richmond, Virginia 23219<br>TEL: 804.225.4226<br>FAX: 804.692.1647<br>EMAIL: ceib@oag.state.va.us<br>mailto:jsalb@breeedenlaw.net |

    /s/ Kent P. Porter
Kent P. Porter, VSB 22853
Assistant United States Attorney
Attorney for Federal Defendant / Appellee
8000 World Trade Center
101 West Main Street
Norfolk, Virginia 23510
Phone: 757.441.6331
Fax: 757.441.6689
Email: Kent.Porter@usdoj.gov