FILED: May 22, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1492

(2:12-cv-00194-MSD-LRL)

(2:12-cv-00195-MSD-TEM)

_____

CLEAR SKY CAR WASH LLC; CLEAR SKY CAR WASH OPERATING LLC; SAMUEL JACKNIN, founder, owner and managing agent of Clear Sky; CHARLES EINSMANN, co-founder, co-owner and agent of Clear Sky

   Plaintiffs - Appellants

v.

CITY OF CHESAPEAKE VIRGINIA; CAROLE GILLESPIE, natural person, individually and in her capacity as City Right of Way Manager; GREENHORNE & O'MARA, INCORPORATED, d/b/a Greenhorne & O'Mara Consulting Engineers, and in its capacity as and for the City; THOMAS COPELAND, natural person, individually and as agent of the City; EVELYN JONES, natural person, individually and as agent of the City; DANIEL JONES, natural person, individually and as agent of the City; VIRGINIA DEPARTMENT OF TRANSPORTATION, by and through the current Commissioner of Highways, now Gregory Whirley, Sr., in his capacity as such; UNITED STATES DEPARTMENT OF TRANSPORTATION, by and through its current Secretary, now Ray LaHood in his capacity as such

   Defendants – Appellees

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 06/18/2013

Opening brief due: 06/18/2013

Response brief due: 07/19/2013

Any reply brief: 14 days from service of response brief.

                                          For the Court--By Direction

                                          <u>/s/ Patricia S. Connor, Clerk</u>