FILED: May 30, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1492

(2:12-cv-00194-MSD-LRL)

(2:12-cv-00195-MSD-TEM)

_____

CLEAR SKY CAR WASH LLC; CLEAR SKY CAR WASH OPERATING LLC; SAMUEL JACKNIN, founder, owner and managing agent of Clear Sky; CHARLES EINSMANN, co-founder, co-owner and agent of Clear Sky

   Plaintiffs - Appellants

v.

CITY OF CHESAPEAKE VIRGINIA; CAROLE GILLESPIE, natural person, individually and in her capacity as City Right of Way Manager; GREENHORNE & O'MARA, INCORPORATED, d/b/a Greenhorne & O'Mara Consulting Engineers, and in its capacity as and for the City; THOMAS COPELAND, natural person, individually and as agent of the City; EVELYN JONES, natural person, individually and as agent of the City; DANIEL JONES, natural person, individually and as agent of the City; VIRGINIA DEPARTMENT OF TRANSPORTATION, by and through the current Commissioner of Highways, now Gregory Whirley, Sr., in his capacity as such; UNITED STATES DEPARTMENT OF TRANSPORTATION, by and through its current Secretary, now Ray LaHood in his capacity as such

   Defendants – Appellees

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to file separate briefs, the court grants the motion. The combined length of the separate briefs of appellees shall not exceed 14,000 words.

All parties to a side shall continue to share time for oral argument provided by this court's Local Rule 34(b).

                                                      For the Court--By Direction

                                                     /s/ Patricia S. Connor, Clerk