## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 6, 2013

_____

### DOCKET CORRECTION NOTICE
_____

No.    13-1492,         <u>Clear Sky Car Wash LLC v. City of Chesapeake, Virginia</u>
                        2:12-cv-00194-MSD-LRL, 2:12-cv-00195-MSD-TEM


TO:    Edward Joseph Grass

FILING CORRECTION DUE:  August 9, 2013

Please make the correction identified below and file a corrected document by the date indicated.

_____

[ X ] Incorrect event used. Please refile reply brief using [BRIEF] entry. You will have an option to choose the type of brief from the dropdown menu.


Donna Lett, Deputy Clerk
804-916-2704